```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA

                     Alexandria Division
```

_____
                                       )
DAVID W. JOHNSON,                      )
                                       )
         Plaintiff,                    )
                                       )
v.                                     ) Civil Action No. 05-281
                                       )
METROPOLITAN WASHINGTON AIRPORTS       )
AUTHORITY,                             )
                                       )
         Defendant,                    )
_____)

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED.

                                        /s/
                                _____
                                CLAUDE M. HILTON
                                UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 24, 2006

**S. Howard Woodson, III**
526 King St
Suite 207
Alexandria, VA 22314

**Joseph Edmund Kalet**
Metropolitan Washington Airports Authority
1 Aviation Circle
Washington, DC 20001-6000

**Morris Kletzkin**
Friedlander Misler Sloan Kletzkin & Ochsman PLLC
1101 17th St NW
Suite 700
Washington, DC 20036